No. 73–1430. BOARD OF EDUCATION OF JEFFERSON COUNTY, KENTUCKY, ET AL. *v.* NEWBURG AREA COUNCIL, INC., ET AL.;

No. 73–1431. BOARD OF EDUCATION OF LOUISVILLE, KENTUCKY, ET AL. *v.* HAYCRAFT ET AL.; and

No. 73–1445. BOARD OF EDUCATION OF ANCHORAGE, KENTUCKY, ET AL. *v.* HAYCRAFT ET AL. C. A. 6th Cir. Petitions for writs of certiorari granted. Judgments vacated and cases remanded for further consideration in light of *Milliken* v. *Bradley, ante,* p. 717. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, MR. JUSTICE WHITE,

---

and MR. JUSTICE MARSHALL would grant certiorari and, without further briefing or oral argument, would affirm the judgments.  Reported below: 489 F. 2d 925.